Opinion issued March
22, 2012.








 



 

 

 

 









 








 

 

In The

Court of Appeals

For The

First District of Texas

____________

 

NO. 01-11-00851-CV

____________

 

aliant insurance services, inc., alliant insurance services houston,
llc and alliant services houston, inc.,
Appellants

 

V.

 

anco insurance services of houston, inc. d/b/a usi southwest, Appellee

 

 

 



On Appeal from the 333rd District Court 

Harris County, Texas

Trial Court Cause No. 2011-29054

 

 

 



MEMORANDUM
OPINION

          This is an
appeal from a judgment signed September 9, 2011.  On February 29, 2012, the parties filed a
joint motion to dismiss the appeal. See
Tex. R. App. P. 42.1. 

The motion is granted and the appeal
is dismissed.  See Tex. R. App. P. 42.1(a)(2), 43.2(e).  We dismiss any other pending motions as moot.
 

                                                PER CURIAM

 

Panel consists of
Justices Jennings, Massengale, and Huddle.